■ In the Matter of SULAYMAN BATCHILLY, Petitioner, v MEGAN TALLMER et al., Respondents. [851 NYS2d 55]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Williams, Catterson and Moskowitz, JJ.